422 A.2d 696

Commonwealth, Appellant, v. Jeffries.

Argued March 20, 1979.   Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellant;   Marc R. Gordon, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

The order of the trial court granting appellee's motion in arrest of judgment is reversed, and the matter is remanded for disposition of appellee's motion for new trial.